was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6529. GAUNCE v. IDAHO. Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. D–484. IN RE DISBARMENT OF WOLLRAB. Disbarment entered. [For earlier order herein, see 470 U. S. 1081.]

No. D–485. IN RE DISBARMENT OF LOGAN. Disbarment entered. [For earlier order herein, see 470 U. S. 1081.]

No. D–486. IN RE DISBARMENT OF DELK. Leonard Adolph Delk, of Long Beach, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 25, 1985 [470 U. S. 1081], is hereby discharged.

No. D–494. IN RE DISBARMENT OF EDWARDS. It is ordered that Robert Douglas Edwards, of Destin, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–495. IN RE DISBARMENT OF DICKER. It is ordered that Leon Dicker, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–496. IN RE DISBARMENT OF HYTER. It is ordered that Charles Kilburn Hyter, of Hutchinson, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–497. IN RE DISBARMENT OF MOORE. It is ordered that Michael Maulsby Moore, of Everett, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.